# SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 571-3903
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

| LONG ISLAND OFFICE | • | NEW JERSEY OFFICE |
| 55 MINEOLA BOULEVARD • MINEOLA • NEW YORK 11501 | | 126 STATE STREET • HACKENSACK • NEW JERSEY 07601 |
| TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350 | | TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461 |
| SPBMC-LI@TrialLaw1.com | | SPBMC-NJ@TrialLaw1.com |

PLEASE REPLY TO:

March 10, 2007

Hon. Viktor V. Pohorelsky
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Marinis v. Novartis, et al.*
1:06-CV-6162

Honorable Sir:

This office represents the plaintiff in the above-captioned matter. We are in receipt of the Court's Order scheduling an initial conference on March 15, 2007 at 10:00 a.m..

We are in receipt, too, of Defendant Novartis' Notice of Transfer dated February 27, 2007, annexed hereto, and now advise the Court that the Judicial Panel on Multi-District Litigation has transferred this action to the Middle District of Tennessee for consolidated pretrial proceedings.

Accordingly, we respectfully request that the initial conference be adjourned without a date. We will advise the Court when this action is transferred back to the Eastern District of New York.

We thank the Court for its attention to this request.

Respectfully submitted,

SULLIVAN PAPAIN BLOCK
McGRATH & CANNAVO P.C.

By_____
Andrew J. Carboy (AC 2147)

cc: Gibbons P.C.
    Spriggs & Hollingsworth

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESSIE MARINIS, | |
| Plaintiff, | Civil Action No.: 1:06-CV-6162 |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, AND NOVARTIS PHARMA STEIN A.G., | DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S NOTICE OF TRANSFER |
| Defendants. | |

## DEFENDANT NOVARTIS
## PHARMACEUTICALS CORPORATION'S NOTICE OF TRANSFER

PLEASE TAKE NOTICE that the Judicial Panel on Multi-District Litigation ("JPML")

has transferred this action to the Middle District of Tennessee for consolidated pretrial

proceedings in the multi-district litigation captioned *In re: Aredia® and Zometa® Products

Liability Litigation*, No. 3:06-MD-1760 (M.D. Tenn.) (the "MDL").  Pursuant to Rule 7.4 of the

Rules of Procedure of the JPML, 199 F.R.D. 425, 435-36 (2001), the transfer of this action

became effective on January 26, 2007 when the JPML filed the Twenty-First Conditional

Transfer Order ("CTO") with the Clerk of the United States District Court for the Middle District

of Tennessee.  CTO-21 (Att. A).

Dated:  February 27, 2007                    Respectfully submitted,

                                             s/ Ethan D. Stein
                                             Ethan D. Stein (ES-7130)
                                             Diane E. Lifton (DL-9673)
                                             GIBBONS P.C.
                                             A Professional Corporation
                                             One Pennsylvania Plaza, 37th Floor
                                             New York, NY 10119-3701
                                             Phone: 212-613-2041
                                             Fax: 212-333-5980
                                             *Counsel for Defendant Novartis
                                             Pharmaceuticals Corporation*

                                             *Of counsel:*
                                             Joe G. Hollingsworth
                                             Donald W. Fowler
                                             Katharine R. Latimer
                                             Robert E. Johnston
                                             SPRIGGS & HOLLINGSWORTH
                                             1350 I Street, NW, Ninth Floor
                                             Washington, D.C.  20005
                                             Phone:  (202) 898-5800
                                             Fax:  (202) 682-1639

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007, the Defendant Novartis Pharmaceuticals

Corporation's Notice of Transfer was filed with the Clerk of the Court and served in accordance

with the Eastern District's Rules on Electronic Service upon the following parties and

participants:

      Andrew J. Carboy (AC 2147)
      Sullivan Papian Block McGrath & Cannavo, P.C.
      120 Broadway, 18th Floor
      New York, New York 10271
      Phone (212) 732-9000
      Fax: (212) 571-3903

      *Attorney for Plaintiff*


                                s/ Ethan D. Stein
                                Ethan D. Stein

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JAN 2 6 2007

BY _____
DEPUTY CLERK

A CERTIFIED TRUE COPY

JAN 1 7 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 2 9 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1760*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION*

*Dessie Marinis v. Novartis Pharmaceuticals Corp., et al.*, E.D. New York,
C.A. No. 1:06-6162

MDTN Case #
3:07-cv-0111

*CONDITIONAL TRANSFER ORDER (CTO-21)*

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 130 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 1 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION